[Cite as *McCurley v. W. Chester Twp.*, 2025-Ohio-4788.]

**IN THE COURT OF CLAIMS OF OHIO**

| | |
|---|---|
| KELLY MARIE McCURLEY | Case No: 2025-00470PQ |
| Requester | Judge Lisa L. Sadler |
| v. | <u>JUDGMENT ENTRY</u> |
| WEST CHESTER TOWNSHIP | |
| Respondent | |

{¶1} In this public-records case, a Special Master has issued a Report and Recommendation. The Special Master recommends that the court: (1) order respondent to produce copies of all attachments referenced in the previously produced emails that have not already been produced; (2) order respondent to pay requester's filing fee, costs, and the other the costs of this case; and (3) deny all other relief.

{¶2} Neither Requester nor Respondent has filed timely written objections to the Report and Recommendation in accordance with R.C. 2743.75(F)(2). Pursuant to R.C. 2743.75(F)(2), if neither party timely objects, then this Court "shall promptly issue a final order adopting the report and recommendation, unless it determines that there is an error of law or other defect evident on the face of the report and recommendation." Upon independent review, the Court finds that there is no error of law or other defect evident on the face of the Report and Recommendation. The Court adopts the Report and Recommendation.

{¶3} In accordance with the Special Master's recommendations, the court:

A. Orders respondent to produce copies of all attachments referenced in the previously produced emails that have not already been produced;

B. Orders respondent to pay requester's filing fee, costs, and the other the costs of this case; and

C. Denies all other relief.

{¶4} The Clerk shall serve upon all parties notice of this judgment and its date of entry upon the journal.

_____
LISA L. SADLER
Judge

**Filed September 30, 2025**
**Sent to S.C. Reporter 10/20/25**